992 So.2d 370 (2008)
Bruce TANTISH, Jr., as Parent, etc., et al., Appellant,
v.
Gregory MESSER, Appellee.
No. 5D07-758.
District Court of Appeal of Florida, Fifth District.
October 7, 2008.
Frank D. Butler, of Frank D. Butler, P.A., Pinellas Park, for Appellant.
Valeria Hendricks, of Davis & Harmon, P.A., Tampa, for Appellee.
PER CURIAM.
AFFIRMED. See Tran v. Bancroft, 648 So.2d 314 (Fla. 4th DCA 1995).
ORFINGER, TORPY and COHEN, JJ., concur.